3/9/2015 4:24 PM

## Cause No. 002-82564-2013

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE COUNTY COURT** |
| | § | |
| **V.** | § | **AT LAW NO. 2** |
| | § | |
| **FARHAD NAYEB** | § | **COLLIN COUNTY, TEXAS** |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/12/2015 9:15:40 AM
LISA MATZ
Clerk

### NOTICE OF APPEAL

To the Honorable Judge of Said Court:

The State of Texas by and through her prosecuting attorney, Greg Willis, Collin County Criminal District Attorney, and **within 20** days of the trial court's order files this written notice of appeal to the Fifth District Court of Appeals of Texas.

The order appealed from is an order dismissing the complaint. *See* Tex. Code Crim. Proc. art. 44.01(a)(1).

Wherefore, premises considered, the State prays this notice of appeal be entered of record; and that further proceedings be stayed pending the disposition of this appeal.

_____
Greg Willis
Criminal District Attorney

A copy of the foregoing has been served on Tom Keen, 555 Republic Dr., Ste. 325, Plano, TX 75074 on this the 9th day of March, 2015.

/s/ John Rolater
Assistant Criminal District Attorney

State's Notice of Appeal

1

1

| STATE OF TEXAS | § | IN THE COUNTY COURT |
|---|---|---|
| | § | |
| V. | § | AT LAW NO. 2 |
| | § | |
| FARHAD NAYEB | § | COLLIN COUNTY, TEXAS |

## ORDER DISMISSING COMPLAINT

The Court, having previously determined that City of Melissa Zoning Ordinance No. 92-08 is unconstitutionally vague because it does not give fair notice to citizens accused of violating the ordinance by cashing checks and/or transmitting money allegedly contrary to the permitted uses of a premises covered by the ordinance, hereby orders that the Complaint be, and it is hereby, DISMISSED. *See Ex parte Lo*, 424 S.W.3d 10, 27 (Tex. Crim. App. 2013).

Entered this the __19__ day of February, 2015.

Barnett Walker, Judge Presiding

Order                                                                 1